# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 25, 2008

137074 & (102)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                              SC: 137074
                                              COA: 271415

LAMAR SIMSON,
          Defendant-Appellant.

                                              Wayne CC: 06-001673-01

_____/

      On order of the Court, the application for leave to appeal the July 10, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion to expand the record is DENIED as unnecessary; the transcript in question was already part of the lower court record.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 25, 2008

p1117

_____
Clerk